THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HARRY J. EVANS, Defendant-Appellant.

(No. 54902;

First District—April 13, 1971.

Opinion by Mr. PRESIDING JUSTICE LEIGHTON.

Edward F. Zahour, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and James Veldman, Assistant State's Attorneys, of counsel,) for the People.